# QUIÑONES LAW FIRM

1532 B Paseo de Peralta
Santa Fe, NM 87501
(505) 992-1515 (505) 992-1714 fax

## APPLICATION FOR ATTORNEY'S FEES

Name of Case: *Morrow v. Boys and Girls Club*

| File/Date/Atty | Client/Codes | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 85-036 8/11/09 CMQ | Morrow A103, L240 | Prepared Plaintiff's Motion for Entry of Default and Plaintiff's Affidavit | $250.00 | 2.2 | $550.00 |
| 85-036 8/26/09 CMQ | Morrow A106, L120 | Finalized Plaintiff's Motion for Entry of Default Judgment | $250.00 | 0.2 | $50.00 |
| 85-036 9/01/09 CMQ | Morrow A103, L240 | Prepared praecipe and Second Affidavit of Plaintiff on amount due for Default Judgment | $250.00 | 0.7 | $175.00 |
| 85-036 9/01/09 CMQ | Morrow A101, L240 | Legal research on good cause entry of appearance and default judgments | $250.00 | 1.3 | $325.00 |
| 85-036 9/02/09 CMQ | Morrow A104, L240 | Assessed Clerk's Entry of Default Judgment against Defendant | $250.00 | 0.1 | $25.00 |
| 85-036 9/05/09 CMQ | Morrow A104, L240 | Assessed Defendant's Motion to Set Aside Default Judgment and Exhibits | $250.00 | 0.7 | $175.00 |

EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| 85-036 9/12/09 CMQ | Morrow A103, L510 | Prepared Draft Plaintiff's Response to Defendant's Motion to Set Aside Default | $250.00 | 1.6 | $400.00 |
| 85-036 9/14/09 CMQ | Morrow A103, L510 | Finalized Plaintiff's Response to Defendant's Motion to Set Aside Entry of Default | $250.00 | 2.4 | $600.00 |
| 85-036 9/29/09 CMQ | Morrow A104, L240 | Analyzed Defendant's Reply to Motion to Set Aside Entry of Default and Exhibits | $250.00 | 0.8 | $200.00 |
| 85-036 1/15/10 CMQ | Morrow A104, L250 | Analyzed court's Memorandum Opinion and Order setting aside Clerk's Entry of Default | $250.00 | 0.2 | $50.00 |

**Total Hours**   10.2 @ $250.00 Per Hour =   $2,550.00
**GR Tax 8.0625%**   $   205.59

**Total Amount Due**   $2,755.59